UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO BANK, (NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED HOLDERS OF JPMBB COMMERCIAL MORTGAGE SECURITIES TRUST 2014-C26, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES 2014-C26

        Plaintiff.

-against-

MOHAMMAD NASR,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2019

19-CV-0047 (DLC)

## CONSENT JUDGMENT

WHEREAS, plaintiff Wells Fargo Bank, National Association as Trustee for the Registered Holders of JPMBB Commercial Mortgage Securities Trust 2014-C26, Commercial Mortgage Pass-Through Certificates, Series 2014-C26 ("Plaintiff") commenced this action against defendant Mohammad Nasr ("Nasr") on January 2, 2019, asserting that Nasr breached his contractual obligations as the guarantor on a commercial real estate loan;

WHEREAS, on May 10, 2019, the Court granted summary judgment in favor of Plaintiff as to Nasr's liability under the controlling guaranty (the "Guaranty");

WHEREAS, the only remaining issue is the amount of damages owed to Plaintiff as a result of Nasr's breach of the Guaranty;

WHEREAS, the parties have agreed to consensually resolve the remaining issue pursuant to a Final Stipulation of Settlement (the "Settlement"), which has been filed with this Court.

1

WHEREAS, pursuant to the terms of the Settlement, Nasr has consented to the entry of this Consent Judgment.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Court has jurisdiction over the subject matter of this action and personal jurisdiction over the parties.

2. This Consent Judgment is hereby entered in favor of Plaintiff and against Nasr.

3. Nasr is obligated to pay $60,000,000.00 to Plaintiff. This judgment shall accrue interest at the interest rate set forth in 28 U.S.C. § 1961(a) from the date of its entry.

4. The Court shall retain jurisdiction over this action and the parties thereto for purposes of construing and enforcing the terms of this Consent Judgment.

The Clerk of the Court is directed to enter this Consent Judgment.

**SO ORDERED:**

Dated: New York, New York
November 26, 2019

_____
Denise L. Cote
United States District Judge

2

**CONSENT JUDGMENT**
516952.000299 22910004.1

Agreed to this 25th day of November 2019 by:

THOMPSON & KNIGHT LLP

By: _____
        Bruce J. Zabarauskas
900 Third Avenue
New York, New York 10022
Telephone: (214) 969-2511
Facsimile: (214) 880-3105
e-mail: bruce.zabarauskas@tklaw.com

Attorneys for Plaintiff
Wells Fargo Bank, National Association, as Trustee
for the Registered Holders of JPMBB Commercial
Mortgage Securities Trust 2014-C26, Commercial
Mortgage Pass-Through Certificates
Series 2014-C26

SCHLAM STONE & DOLAN LLP

By: _____
        Thomas A. Kissane
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
e-mail: tkissane@schlamstone.com

Attorneys for Defendant
Mohommad Nasr

3

CONSENT JUDGMENT
516952.000299 22910004.1